# United States District Court
## District of Connecticut

Cobb
*Plaintiff*
v.

Conrail
*Defendant*

Case No. 3:02cv532MRK

FILED
Oct 22  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

**X** To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)

SO ORDERED this __22nd__ day of October, 2003 at New Haven, Connecticut.

Hon. Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE