UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

03cv532 SetConf. PDF

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

October 21, 2003

10:00 A.M.

Held 9:50 - 11:10 AM

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY
ARE UNABLE TO ATTEND THE CONFERENCE

3-03-cv-532 - Cobb v. Penn Central Corp.
----------------------------------------------------------------

    COUNSEL OF RECORD:

| | |
|---|---|
| Charles A. Deluca | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Michael B. Flynn | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| ✓ Lori A. McCarthy | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| ✓ Robert T. Naumes | Thornton, Early & Naumes, 100 Summer St., 30th Fl., Boston, MA 617-720-1333 |
| ✓ Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Robert J. Sweeney | Early, Ludwick & Sweeney, 265 Church St., 11th Fl. PO Box 1866, New Haven, CT 203-777-7799 |
| John E. Young IV | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK