IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
                                           :
ALPHUS J. COBB                          :         3:03 CV 532 (MRK)
                                           :
v.                                             :
                                           :
METRO-NORTH RAILROAD CO.      :         DATE: OCTOBER 19, 2004
                                           :
------------------------------------------------------------x
------------------------------------------------------------x
                                           :
RICHARD NUZZELILLO              :         3:03 CV 533 (WWE)
                                           :
v.                                             :
                                           :
METRO-NORTH RAILROAD CO.      :         DATE: OCTOBER 19, 2004
                                           :
------------------------------------------------------------x
------------------------------------------------------------x
                                           :
THOMAS M. SMITH                  :         3:03 CV 534 (RNC)
                                           :
v.                                             :
                                           :
METRO-NORTH RAILROAD CO.      :         DATE: OCTOBER 19, 2004
                                           :
------------------------------------------------------------x
------------------------------------------------------------x
                                           :
DENNIS M. NAPOLITANO, SR.       :         3:03 CV 975 (AVC)
                                           :
v.                                             :
                                           :
METRO-NORTH RAILROAD CO. ET AL.   :         DATE: OCTOBER 19, 2003
                                           :
------------------------------------------------------------x

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, Cobb, 3:03 CV 532 (MRK), Dkt. #25; Nuzziello, 3:03 CV 533 (WWE), Dkt. #17; Smith, 3:03 CV 534 (RNC), Dkt. #22; Napolitano, 3:03 CV 975 (AVC), Dkt. #17, are granted by agreement as follows:

All fact discovery shall be completed **on or before December 15, 2004**; plaintiff's expert report(s) shall be disclosed **on or before January 14, 2005**; plaintiff's expert(s) shall be deposed **on or before February 15, 2005**; defendant's expert report(s) shall be disclosed **on or before February 15, 2005**; and defendant's expert(s) shall be deposed **on or before March 15, 2005**.

Dated at New Haven, Connecticut, this 19th day of October, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge