UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALPHUS J. COBB              :
                               :

        Plaintiff,           :
                               :

        V.                     :     CIVIL ACTION NO. 3:03 CV 00532 (MRK)
                               :

CONSOLIDATED RAIL CORPORATION,  :     <u>FELA HEARING LOSS CASE - MAY BE</u>
PENN CENTRAL CORPORATION AND   :     <u>FILED IN NEW HAVEN AS ORDERED BY</u>
METRO-NORTH COMMUTER RAILROAD :     <u>MAGISTRATE JUDGE MARGOLIS</u>
                               :

        Defendants.         :

                                 December 7, 2004

## <u>MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES</u>

      The undersigned defendant, Metro North Railroad Company, with the consent and

agreement of the plaintiff, hereby moves this court for an extension of time of certain remaining

scheduling order deadlines for the third and fourth groups of hearing loss cases, as contained in

this Court's Memorandum of Status Conference dated July 17, 2003.

      Specifically, the defendant seeks to (1) extend the deadline for completing all fact

discovery for two months, up to and including February 15, 2005; (2) extend the deadline for

disclosing the plaintiff's expert report(s) two months, up to and including March 15, 2005; (3)

extend the deadline for deposing the plaintiff's expert(s) two months, up to and including April

15, 2005; (4) extend the deadline for disclosing defendant's expert report(s) two months, up to

and including April 15, 2005; and (5) extend the deadline for deposing the defendant's expert(s) two months, up to and including May 15, 2005.

The defendant submits that this is the second extension of time sought with respect to the scheduling deadlines in the third and fourth groups. The defendant states that a good faith basis exists for the granting of this motion, as the parties have been actively completing the necessary outstanding discovery needed to move these cases forward, but require additional time to schedule depositions of certain plaintiffs. Further, the undersigned counsel for the plaintiff is leaving the firm of Ryan, Ryan, Johnson & Deluca, and submits that the additional time requested will serve to bring successor counsel up to speed on these cases.

Counsel for the plaintiff and co-defendant have been contacted regarding this motion, and as noted above, they have no objection to the instant motion.

Respectfully submitted,

THE DEFENDANT,
METRO-NORTH RAILROAD COMPANY

By:_____
    Anthony D. Sutton, Esq., (CT 20607)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT  06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Robert T. Naumes, Esq.
Thornton & Naumes
100 Summer Street
Boston, MA 02110
Attorney for Plaintiff, Alphus J. Cobb

Robert Sweeney, Esq.
Early, Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church Street P.O. Box 1866
New Haven, CT 06508-1866
Attorney for Plaintiff, Alphus J. Cobb

Lori Wirkus, Esq.
Flynn & Associates, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
Attorney for Defendant, Consolidated Rail Corporation

_____
Anthony D. Sutton, Esq.

I:\Procases\205 180\extschorddead2 wpd
205 180

- 4 -