UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cobb

V.                              Case Number:  03cv532(MRK)

Consolidated Rail et al

NOTICE TO COUNSEL
--------------------

　　The above-entitled case was reported to the Court on 2/14/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

　　Accordingly, an order of dismissal will be entered on March 16, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

　　Dated at New Haven, Connecticut, February 16, 2005.


                    KEVIN F. ROWE, CLERK

                    By: ___/s/_____
                        P.A. Moore
                        Deputy Clerk