UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

-------------------------------------------------X
ALPHUS J. COBB

          PLAINTIFF,

-against-

CONSOLIDATED RAIL CORP.

          DEFENDANT,
-------------------------------------------------X

CIVIL ACTION NO:
3:03 CV 532 DJS

STIPULATION OF DISMISSAL

FILED

2005 MAR 11 P 1:51

U.S. DISTRICT COURT
NEW HAVEN, CT

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs.

DATED: 3-1-05      By: _____
                                     Robert T. Naumes
                                     Attorney for Plaintiff
                                     Thornton & Naumes LLP
                                     100 Summer St., 30th Fl.
                                     Boston, MA 02110
                                     617-720-1333

                     By: _____
                                     John E. Young, IV
                                     Flynn & Associates
                                     400 Crown Colony, Suite 200
                                     Quincy, MA 02169
                                     617-773-5510